United States Federal District Court
For the Eastern Pennsylvania
600 Arch Street
Philadelphia Pennsylvania 19106

TIMOTHY PATTERSON ESTATE
patterson, timothy, trustee   Terra Firma et. al

Daniel Werfel Commissioner d/b/a
Internal Revenue Tax & Audit Service Inc.
aka INTERNAL REVENUE SERVICE et. al.

v.                                    Case no._____

ENIQUUE ANSELL
KATE DUGAN                            In Equity Proceedings
STEPHEN M. HLADIK
WILMINGTON SAVINGS FUND SOCIETY       Trial by Jury 7th Amendment
OCWEN FINANCIAL CORPORATION

_____

*Amicus Curiae, Necessity, and by Special Visitation Only.*

## Deprivation of Rights
## 18 U.S.C. 241-242

**Introduction:**

I patterson, timothy absolute trustee/beneficiary a living man with absolute dominion over self hereby present this case to this Honorable Court for adjudication.

Whereas the Common Pleas Court has proven without a doubt that they are a Court of incompetent jurisdiction and show no basis to be honorable. See exhibit 901A,

Whereas the Wilmington Savings Fund Society has acted in Bad Faith, knowingly and willingly have agreed to committing crimes, Federal Statutes, and codes without any remorse for their actions.

Whereas some of the crimes committed are as follows; 12 U.S.C. 1813(1)(I) the term deposit meaning the unpaid balance of money or its equivalent received or held by a bank or savings association in the usual course of business and for which it has given or is obliged to give

1

credit, either conditionally or unconditionally in which Wilmington Savings Fund Society has failed to do, they are the true Borrowers, since only the name of the certificate holder is on the Note, meaning there is no Bank or Financial Institution other than Timothy Patterson. Whereas for the record all alleged mortgages are paid in full UCC3-305(a)(I)(iii) for I am the holder in due course commonly known as the maker, and according to 18 U.S.C. 8, I owe no debt this violates my consumer right to privacy 15 U.S.C. 1681 B 2 know institution have the right to report anything using my information without my permission 15 U.S.C. 1681 4.

Fact: **Order from U.S. Attorney General Office**

Whereas Title 18 U.S.C. Section (b) section 51 States( if two or more persons conspire or combine to do any of the acts outlined above, they are guilty of a conspiracy to deprive the person, if he or she is a citizen of the united states, of the free exercise or enjoyment of the right and privilege secured to him by the Constitution of the United States to be free from involuntary servitude, and are indictable accordingly.

Whereas Title 18 U.S.C. section (c) section 52 States (this section applicable to public officers, judges, sheriff, local constabulary, etc., who act under color and in the name of their authority in perpetrating any of the acts listed above in violation of a person's rights to be free from involuntary servitude and slavery as secured to him by the Thirteenth Amendment to the Constitution.

**Whereas Title 18 U.S.C. U.S.C. section 443**

1.) holding another by threats of prosecution, even under a valid law, the validity of the law not justifying its use for the criminal purpose of causing compulsory service by intimidation.

2.) causing one to be held by threats, as well as held by force, and whether such threats are of prosecution, arrest or imprisonment or by threats of bodily harm.

**Whereas Title 18, U.S. C. section 88**

the general statute, which may and shall be employed in combination with Section 443 or 52, against any official vested with authority who aid or cause a natural person, that is a Instrumentality of Government, to be held in a State of Peonage, by a Several State, or Federal

Agency, that allows the use of a Social Security Number to be used by institutions for identity verification purposes, in lieu being an account to register debits and credit, according to E.O. 9397. Pursuant to Notice 95-100 H.U.D; Congress passes the Single Family Mortgage Foreclosure Act- (PL- 103-327; 12 U.S.C 3751-3768) which clearly states "all foreclosure actions under the new legislation must be initiated in the name of the Secretary of Housing and Urban Development." therefore, all Judgments are VOID on its face; that are procured by fraud; see (Long v. Shorebank D Corp.), 182 F.3d 548 (C.A.7 III. 1999th), the business practices of (t)he County Courts are unconstitutional, and unlawful on its face, along with the fraudulent deed practices, unconstitutional Business Practices.

**Opinion:** the sub section speak to themselves whereas to violate your own Law, Statute, and codes is an act of Treason without equivocation, the dishonest application by Clerk is suspect therefore an investigation need to be conducted were I never received confirmation that the summons have serve allegedly by the U.S. Mashal's, and now they the Court want to dismiss the case, interesting, there seems to be no justice for the aboriginal people of this Land and that is called injustice or just straight **EVIL**, I pray this Court do not follow the same patten.

**Case Law:**

In (t)he United States District Court for (t)he Eastern District of Pennsylvania (case no. 14-4687) upon consideration of Plaintiff and additional Plaintiff(s) who are entitled to (t)he return of their property that was unlawfully taken from them in direct violation of the Pennsylvania Constitution and (t)he Order entered by (t)he Commonwealth Court in case law cited as Commonwealth of Pennsylvania v. Justin Irland, "The Commonwealth, and its courts never had right to **confiscation authority** and that it never came with them from across the sea. Also, religious immunity from (tax, levy, and fees) as cited by our Supreme Court, in Murdock v. Pennsylvania, cited as case law, 319 U.S. 105, et. seq. Incorporated and made part of this ORDER which has been violated, were the Justice.

The consent Motion to vacate orders filed by (t)he Commonwealth, as attached and the order by the Common Pleas of Philadelphia County, ordered is VACATED.

90  **Opinion:** on the basis of these Case Law the one thing that stands out in the ruling from the
91  United States District Court Certified Court Order as of January 31, 2023, see copy of the
92  Order.
93  Point of Fact: The Commonwealth, and its courts never had right to **confiscation authority**
94  and that it never came with them from across the sea, not just the Commonwealth of
95  Pennsylvania how states for all Courts.
96  **Other Criminal Involvement by Participant(s)/defendant(s)**
97  **16 CFR Part 433.1** violation of the preservation of consumer the property was/is in Trust
98  **16 CFR Part 433.2** now comes the claim of unfair, deceptive acts and practices
99  **18 USC 1581**, Peonage, obstructing enforcement; (a)
100 **Interdiction:** In Civil law. A judicial decree, by which a person is deprived of the exercise of
101 his civil rights, as in this case were Civil Rights have been violated knowingly and willingly by
102 the Philadelphia Judicial Court System.
103 **Interdicts:** In Roman law. A decree of the praetor by means of which, in certain cases de-
104 termined by the edict, he himself directly commanded what should be done or omitted,
105 particularly in cases involving the right of possession or a quasi-possession. In modern civil
106 law, Interdicts are either prohibitory, restorative, or exhibitory; the first being a prohibition,
107 the second a decree for restoring possession lost by force, the third a decree for the exhibiting
108 of accounts, etc. Heinec. § 1206. An interdict was distinguished from an "action," (action,)
109 properly so called, by the circumstance that the praetor himself decided in the first instance,
110 (principalit6r,) on the application of the plaintiff, without previously appointing a Judex, by
111 issuing a decree commanding what should be done, or left undone. Gaius, 4, 139. It might be
112 adopted as a remedy in various cases where a regular action could not be maintained, and
113 hence interdicts were at one time more extensively used than were the action themselves.
114 Afterwards, however, they fell into disuse, and in the time of Justinian were generally dispensed
115 with. Mackeld. **Roman Law,** § 258; Inst. 4, 15, 8. And interdicts are regarded precisely the

same as actions, though they give rise to a summary proceeding. Mackeld. Rom. Law, § 258. Interdicts are either prohibitory, restorative, or exhibitory; the first being a prohibition, the second a decree for restoring possession lost by force, the third a decree for the exhibiting of accounts, etc. Heinec. § 1206. This is Roman Law proceedings and OUGHT to be obeyed.

(a). Whoever holds or returns any person to a condition of peonage or arrests any person with the intent of placing him in or returning him to a condition of peonage, shall be fined under this title or imprisoned not more than 20 years, or both. If death results from the violation of this section, or if the violation includes kidnapping or an attempt to kidnap, aggravated sexual abuse or the attempt to commit aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both.

(b). Whoever obstructs, or attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be liable to the penalties prescribed in subsection; Participants knowing and willingly without remorse has committed these crimes against the Registrar, this matter SHALL be closed and settled within the allotted 21 days allowed by the Court in this Equity processing.

**18 USC 1582**, Vessels for Slave Trade; Whoever, whether as master, factor, or owner, builds, fits out, equips, loads, or otherwise prepares or sends away any vessel, in any port or place within the United States, or causes such vessel to sail from any such port or place, for the purpose of procuring any person from any foreign kingdom or country to be transported and held, sold, or otherwise disposed of as a slave, or held to service or labor, shall be fined under this title or imprisoned not more than seven years, or both.

Whereas in every 18 U.S.C. 8 obligation shall be discharged upon payment which was given in discharge of a debt, dollar for dollar during U.S. paper check or non-cash item, collateral security, fiat currency which at the time of payment is legal tender for public or private debts, Comment: there is no debt, matter was satisfied at settlement, therefore anything less than intangible right of honest where it is never present in this Mortgage Industry, only fraud

142 and criminal conspiracy, by law firms, via the Courts, and the Sheriff Department the final
143 criminal in this long line of Participant(s).
144 Whereas they WILMINGTON SAVINGS FUND SOCIETY, are in violation of 15 U.S.C.
145 1-2, Restraint of Trade that carries a $100,000,000.00 fine, Comment: where is the Interest
146 from the Note produced at settlement were only Mr. Patterson signed the Note no Entity
147 signed the Note making Mr. Patterson the holder in due course, Maker, and beneficiary.

148 **CASE LAW FROM THE U.S. SUPREME COURT**
149 **SOLDAL ET UX. v. COOK COUNTY, ILLINOIS, ET AL. CERTIORARI TO**
150 **THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**
151 **No. 91-6516.**

152 Argued October 5, 1992-Decided December 8,1992, while eviction proceedings were pending,
153 Terrace Properties and its manager, Margaret Hale, forcibly evicted petitioners, the Soldal
154 family, and their mobile home from a Terrace Properties' mobile home park. At Hale's request,
155 Cook County, Illinois, Sheriff's Department deputies were present at the eviction. Although
156 they knew that there was no eviction order, and that Terrace Properties' actions were illegal,
157 the deputies refused to take Mr. Soldal's complaint for criminal trespass or otherwise interfere
158 with the eviction. Subsequently, the state judge assigned to the pending eviction proceedings
159 ruled that the eviction had been unauthorized, and the trailer, badly damaged during the
160 eviction, was returned to the lot. Petitioners brought an action in the Federal District Court
161 under 42 U. S. C. § 1983, claiming that Terrace Properties and Hale had conspired with the
162 deputy sheriffs to unreasonably seize and remove their home in violation of their Fourth and
163 Fourteenth Amendment rights. The court granted defendants' motion for summary judgment,
164 and the Court of Appeals affirmed. Acknowledging that what had occurred was a "seizure" in
165 the literal sense of the word, the court reasoned that it was not a seizure as contemplated by
166 the Fourth Amendment because, inter alia, it did not invade petitioners' privacy. Held: The
167 seizure and removal of the trailer home implicated petitioners' Fourth Amendment rights. (a)
168 A "seizure" of property occurs when "there is some meaningful interference with an

individual's possessory interests in that property." United States v. Jacobsen, 466 U. S. 109, 113. The language of the Fourth Amendment-which protects people from unreasonable searches and seizures of "their persons, houses, papers, and effects"-cuts against the novel holding below, and this Court's cases unmistakably hold that the Amendment protects property even where privacy or liberty is not implicated. See, e. g., ibid.; Katz v. United States, 389 U. S. 347,350. This Court's "plain view" decisions also make untenable the lower court's construction of the Amendment. If the Amendment's boundaries were defined exclusively by rights of privacy, "plain view" seizures, rather than being scrupulously subjected to Fourth Amendment inquiry, Arizona v. Hicks, 480 U. S. 321,326-327, would not implicate that constitutional provision at all. Contrary to the Court of Appeals' position, the Amendment protects seizures even though no search within its meaning has taken place. See, e. g., Jacobsen, supra, at 120-125. Also contrary to that court's view, Graham v. Connor, 490 U. S. 386, does not require a court, when it finds that a wrong implicates more than one constitutional command, to look at the dominant character of the challenged conduct to determine under which constitutional standard it should be evaluated. Rather, each constitutional provision is examined in turn. See, e. g., Hudson v. Palmer, 468 U. S. 517. 1) Vacate VOID Judgment(s) due to lack of Subject Matter JURISDICTION. 2) Discharge SSNA identifiable pecuniary items back to the Registrant office of the Registrar at the top of the page by certified check with Certified rendering of account(s) to Registrant of the Registrar within Twenty-One Days. 3) All incumbrancers/all fraudulent Deeds removed if any A full of all audits of all accounts, and cusip for the Estate of PATTERSON   Conclusion The Judicial Power extends to all cases in Law, and Equity, which gives a particular injunction, specific performance or vacatur, distinguished from legal trials at bar to determine facts. Wherefore equity law supersedes common law, and statute law, when there is a conflict of interest, between the two, and either can appropriately bring the correct verdict, pertaining to when a individual state registrar, and citizen registrant office is being usurped by color of law.

**Caveat**

Therefore legal fraud, has been constant with this Corporate Corruptions every day on this Land has become a epidemic of major proportion with no justice in sight therefore it is time for the International Community to step and give the People of this True justice for all the injured families and the undisclosed principal, who's dominion power has been taken away by colonization, the exercise of principal, and the agent's and there agencies relationship, has given rise to the legal fraud, deceptive acts practiced at and of law. The state or condition of a peon as above defined; a condition of enforced servitude, by which the servitor is restrained of his liberty and compelled to labor in liquidation of some debt or obligation, real or pretended, against his will. Peonage Cases, D.C. Ala., 123 F. 671; In re Lewis,

## Conclusion

State Corporate Courts, seem to operate in a state of Peonage: meaning the state, or condition of a peon as above defined; a condition of enforced servitude, by which the servitor is restrained of his liberty and compelled to labor in liquidation of some debt or obligation, real or pretended, against his will. Peonage Cases, D.C. Ala., 123 F. 671; In re Lewis. also called debt slavery or debt servitude, peonage was found to have been unconstitutionally sanctioned by an Alabama statute. (Opinion when will the criminal activity stop), and when is the Court going to stop supporting these criminals that commit fraud everyday against the people.

**Plaintiff hereby states a claim to be granted relief**

1). Vacate (VOID) all Judgment(s)

2). All incumbrancers/any fraudulent Deeds to be removed from Recorders Office. Located at: 7948 Pickering Street, Philadelphia Pennsylvania 19150

3). All Interest and penalties owed to Affiant/Plaintiff must be paid

4). I demand a Full Forensic Audit of the account for Recoupment of Interest owned.

Foot Note: All good faith efforts have been made to satisfy this matter.

*:Timothy:Patterson:*
Timothy Patterson, General Executor/Trustee

225    In the State of Pennsylvania)

226                                    )ss
227    In the County of Philadelphia
228

229    IN WITNESS WHEREOF, I have hereunto set my hand this 18th day of April in the year of our Lord, 2024

230    SUBSCRIBED AND AFFIRMED TO before me Timothy Patterson, Notary on this 18 day

231    of ~~April~~ June 2024 2023 in Pennsylvania County, Philadelphie, State of Pennsylvanias

232    ,patterson timothy, absolute trustee/general Executor for the ESTATE OF TIMOTHY PATTERSON,

233    have presented evidence that he is who he says he is.

234

235    _____

236              Notary Public

237

238    My Commission Expires: 7-9-26

Commonwealth of Pennsylvania - Notary Seal
Donna S. Bruce, Notary Public
Philadelphia County
My commission expires July 09, 2026
Commission number 1216808

United States Federal District Court
For the Eastern Pennsylvania
601 Arch Street
Philadelphia Pennsylvania 19106

TIMOTHY PATTERSON ESTATE
patterson, timothy, general executor/ trustee
   Terra Firma et. al

Daniel Werfel Commissioner d/b/a
Internal Revenue Tax & Audit Service Inc.
aka INTERNAL REVENUE SERICE

      v.                        Case no._____

ENIQUUE ANSELL
KATE DUGAN                              In Equity Proceedings
STEPHEN M. HLADIK
WILMINGTON SAVINGS FUND SOCIETY     Trial by Jury 7th Amendment

### Order regarding **Deprivation of Rights**
### 18 U.S.C. 241-242

On this _____ day in the month of _____ in the year of 20____ That we/I move this honorable Court to do the following: that a Full Forensic Audit is ORDERED on behalf of the Plaintiff, by the Internal Revenue Service.

It is so ORDERED and GRANTED with prejudice.

_____
J

JS 44 (Rev. 04/21)                                                     **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

REC'D JUL 3 2024

## I. (a) PLAINTIFFS
Patterson, Timothy Absolute Trustee/Beneficiary
In Proper Persona

**DEFENDANTS**
WILMINGTON SAVINGS FUND SOCIETY

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [x] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. 242

Brief description of cause:
Participates have violated Constitution Rights and Federal Statutes and Codes

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____